RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta
NOV 23 2011
JAMES N. HATTEN, Clerk
By / Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## DIVISION OF ATLANTA

LINDA BIRDETTE
*Plaintiff.*

CHASE RECEIVABLES
Verizon Wireless-SOUTH
*Defendants.*

Civil Action File No.:

1 11·CV-4057

In **Support of Complaint**

### PLAINTIFF'S MEMORANDUM IN
### IN SUPPORT OF COMPLAINT

Comes now, Plaintiff, Linda Birdette, who file Complaint of Defendant's communication in demand for monetary supplement in the amounts of $710.62 for an account paid to Verizon Wireless. To no avail, there has been no communication to gain resolution. Act is a detriment to the Plaintiff; Plaintiff's communications for resolution is ignored.

I. FACTS
   A. Plaintiff pay account with Verizon. (Exhibit A)
   B. Defendants demand monetary amount of $710.62 (Exhibit B)
   C. Is there a deficiency amount owed on the account?

II. Defendants do not communicate information referencing a deficiency amount.

III. Communication Ignored by Defendants.

IV. Defendants pose a detriment to the Plaintiff

V. Plaintiff states a claim which the Court can grant relief.
   A. Immediate Release from negative communication
   B. Complete Remission

This 18th day of November 2011

*Linda Birdette*
Linda Birdette, Plaintiff

1

1247 Broadway
Sonoma, CA 95476

**CHASE RECEIVABLES**
A Professional Collection Agency

800-622-0484

PERSONAL & CONFIDENTIAL

Address Service Requested

July 14, 2011

#BWNFTZF #CHRE17436107131#

LINDA BIRDETTE  04781124-EA
1861 LAZY COVE CT
LITHIA SPGS, GA 30122-4506

Send payments/Correspondence To:
**Chase# 04781124-EA    VZ**
Chase Receivables
1247 Broadway
Sonoma, CA 95476

IMPORTANT: TO RECEIVE PROPER CREDIT BE SURE TO ENCLOSE THIS PORTION WITH YOUR PAYMENT

Office Handling Your Account:
Office Hours:
PLEASE CALL BETWEEN
Monday-Friday 6:00am to 6:30pm PST
Saturday 6am to 2:30pm PST

CREDITOR: VERIZON WIRELESS-SOUTH
CREDITOR ACCT#: 052201182300001
ACCT#: 04781124
AMOUNT DUE: $   710.62

Dear LINDA BIRDETTE,

This letter is to inform you of a special offer to resolve your overdue account with our client. We apologize that a possible hardship or pitfall may have prevented you from satisfying your obligation. It is with this in mind that we would like to offer you a limited time offer opportunity to satisfy your outstanding debt. We are presenting four options that will enable you to avoid further collection activity being taken against you.

OPTION 1: A settlement of **60% OFF** of your current balance, **SO YOU ONLY PAY $284.25** in **ONE PAYMENT** that must be received in this office on or before **JULY 29th, 2011**.

OPTION 2: A settlement of **50% OFF** of your current balance, **SO YOU ONLY PAY $355.31** in **ONE PAYMENT** that must be received in this office on or before **AUGUST 15th, 2011**.

OPTION 3: A settlement of **40% OFF** of your current balance, **SO YOU ONLY MAKE TWO PAYMENTS OF $213.19 EACH** the first payment must be received on or before **JULY 29th, 2011** and the second by **AUGUST 31st, 2011**.

OPTION 4: Monthly payment plan on full balance.

If you are interested in taking advantage of one of these terrific opportunities or if you have any questions, you MUST contact our office as soon as possible at 800-622-0484 (toll free). When you call, please let your representative know that you have received the CHASE Receivables Option Letter and tell us whether you would like to take advantage of the SETTLEMENT OPTION or the PAYMENT Option.

If we do not hear from you, we are forced to assume that you do not intend to resolve your obligation on a voluntary basis and we will recommend that our client proceed with further collection activity.

Sincerely,

Chase Receivables

**You have 5 easy payment options:**

1. Send us a check-Make all checks payable to VERIZON WIRELESS-SOUTH and send to the payment address above.
2. Pay via a Credit Card.
3. Pay via Western Union.
4. Pay via the web www.chaserec.com/paymethod.php PIN# 55476. *
5. Call us at the number shown above and one of our representatives will be happy to assist you!

* Selecting this option enables you to make a payment 24 hours a day, 7 days a week - and you do not need to speak to a representative.

THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A COLLECTION AGENCY.